

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00386-CV

Barry **BROOKS**, Heston C. King, Stefen Brooks, and Jesse Benavides,
Appellants

v.

**EXCELLENCE MORTGAGE, LTD.;** LATD-1, LLC; Grothues Financial, LTD.; Grothues
Brothers Management I, LLC; Georgetown Mortgage, LLC dba Excellence Mortgage and also
d/b/a MG Mortgage; MG Building Materials LTD.; Grothues Brothers Management II, LLC; and
Larry E. Grothues,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI16915
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed:  October 3, 2018

DISMISSED

Appellants Barry Brooks, Heston C. King, Stefen Douglas Brooks, and Jesse Rodriguez

Benavides filed a motion to dismiss this appeal. The motion states the parties have settled all

matters in dispute among them. Appellants certified they served the motion on Appellees;

Appellees have not filed any response to oppose the motion.

Appellants' motion to dismiss this appeal is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (en banc) (per curiam).

PER CURIAM